James B. Wright
David W. Murrills
James B. Wright & Associates
500 L Street, Suite 301
Anchorage, Alaska 99501
(907) 277-6175
(907) 277-6181 (fax)
Attorneys for Kona Bicycle Company d/b/a Kona
jimw@wrightlaw.org
d.murrills@wrightlaw.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT AT ALASKA

| | |
|---|---|
| MATTHEW COAR,<br><br>    Plaintiff,<br>vs.<br><br>RECREATIONAL EQUIPMENT, INC.<br>(d/b/a REI), KONA BICYCLE COMPANY<br>(d/b/a KONA), MARZOCCHI USA (d/b/a<br>MARZOCCHI SUSPENSION), and<br>TENNECO INC., GROUP (d/b/a TENNECO<br>MARZOCCHI, d/b/a TENNECO), JOHN<br>DOE,) and MIKE HERZOG,<br><br>    Defendants. | 3:10:CV-00007-JWS |

## KONA'S NOTICE TO COURT OF SETTLEMENT AGREEMENT RESOLVING REMAINING CLAIMS, AND JOINT REQUEST TO CANCEL APRIL 15, 2011 HEARING

By Order dated April 8, 2011, the Court ordered that any party opposing the

request to dismiss plaintiff's claims on the terms indicated at docket 86 shall file a

*Coar v. REI et al.*, Case No. 3:10:CV-00007-JWS
Notice to Court re Settlement of Remaining Claims, etc.          Page 1 of 4

Case 3:10-cv-00007-JWS    Document 88    Filed 04/11/11    Page 1 of 4

notice on or before April 11, 2011, advising the court why the request for dismissal should not be approved. Kona submits that the court should not approve the request for dismissal at this time, but that the proper time is on the near horizon. REI and Kona had no part in the settlement agreement presently before the court, which is the predicate for the request for dismissal. Accordingly, they waived no rights against Plaintiff or against Tenneco-Marzocchi, the settling parties. After the events that led to that dismissal request, however, an agreement to settle the remaining claims has been reached, but not reduced to writing. Accordingly, the proper course is to vacate the impending hearing and await dismissal paperwork agreed to by all parties, which we expect to occur in the next few weeks.

To explain, Plaintiff and Defendant Tenneco-Marzocchi entered into a settlement agreement of Plaintiffs' claims without involvement or agreement of the other defendants, REI and Kona Bicycle Company. The latter two parties had informally asserted defense and indemnity claims upstream to Marzocchi, followed by formal pleadings to that effect, which include the past expense of litigation. Both Plaintiff and Tenneco-Marzocchi were aware that REI and Kona were not party to their settlement agreement.[1]

---

[1] Tenneco-Marzocchi had rejected their tenders of defense and indemnity, so there was no basis to assume or imply that Marzocchi spoke for REI and Kona, and Plaintiff was specifically informed that they had not agreed to drop their claims, and/or their entitlement to Alaska Civil Rule 82 attorneys' fees back against Plaintiff.

*Coar v. REI et al.*, Case No. 3:10:CV-00007-JWS
Notice to Court re Settlement of Remaining Claims, etc.                Page 2 of 4

Case 3:10-cv-00007-JWS   Document 88   Filed 04/11/11   Page 2 of 4

Rather than immediately oppose the efforts of Plaintiff and Tenneco-Marzocchi to dismiss in disregard of the remaining claims, REI and Kona pursued negotiations to resolve the remaining claims. As a result, there is now a settlement agreement among REI, Kona, and Tenneco-Marzocchi to resolve remaining claims.[2] That settlement agreement is not yet reduced to writing, but Kona submits that a reasonable period to execute appropriate documents is three weeks, and that the matter can be concluded by stipulation to dismiss, signed by all, once the formal writing is executed.

In light of the foregoing information, Kona submits that there is no longer a need for a hearing on April 15, as presently scheduled. Kona represents that it has conferred with the other defendants, all of whom agree that, in light of the agreement to settle remaining claims, there is no longer any apparent purpose for a hearing on April 15, 2011.[3] Accordingly, we ask that the hearing be vacated.

RESPECTFULLY SUBMITTED this 18 day of April, 2011.

JAMES B. WRIGHT & ASSOCIATES, P.C.
Attorneys for Kona Bicycle Company

_____
James B. Wright, Alaska Bar No. 8306072

---

[2] It is Kona's understanding that any claim against Plaintiff for Alaska Civil Rule 82 attorneys fees will be dropped as part of defendants' resolution *inter se*.

[3] Indeed, counsel for REI and counsel for Tenneco-Marzocchi have both indicated that they have scheduling conflicts on that day.

*Coar v. REI et al.*, Case No. 3:10:CV-00007-JWS
Notice to Court re Settlement of Remaining Claims, etc.   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2011 a copy of Kona's Response to Order to Show Cause, Notice to Court Re Settlement Agreement and Joint Request to Cancel April 15 Hearing served electronically on:

Vacharaesorn "Vach" Vivacharawongse
Goldberg Segalla LLP
170 Hamilton Avenue, Suite 203
White Plains, New York, 10601-1717
vvivacharawongse@goldbergsegalla.com

Robert Blasco
Hoffman Silver Gilman & Blasco
9360 Glacier Highway, Suite 202
Juneau, AK 99801
rpblasco@hsgblaw.com

Timothy J. Lamb
Delaney Wiles, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
tjl@delaneywiles.com

Colleen Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, Alaska 99501
clibbey@alaska.net

s/James B. Wright

*Coar v. REI et al.*, Case No. 3:10:CV-00007-JWS
Notice to Court re Settlement of Remaining Claims, etc.          Page 4 of 4